No. 72. LEHMANN, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, *v.* UNITED STATES EX REL. CARSON OR CARASANITI. C. A. 6th Cir. Certiorari granted. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for petitioner. ▮

No. 435. MULCAHEY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* CATALANOTTE. C. A. 6th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for petitioner. ▮

No. 427. INTERNATIONAL UNION, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW-CIO) ET AL. *v.* RUSSELL. Supreme Court of Alabama. Certiorari granted. *Harold A. Cranefield* and *Kurt L. Hanslowe* for petitioners. *Horace C. Wilkinson* for respondent. ▮

No. 172, Misc. GREEN *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *George Blow* and *Charles E. Ford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States. ▮

No. 393. BERNSTEIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *Arthur*